UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-2094(DSD/LIB)

Daniel Eustus Robbins,

        Petitioner,

v.                             **ORDER**

Warden Birkholz, et al.,

        Respondents.

This is matter is before the court upon the report and recommendation of the United States Magistrate Judge Leo I. Brisbois dated June 24, 2021 (R&R). No objections have been filed to the R&R in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 15] is adopted in its entirety;

2. The petition for writ of habeas corpus [ECF No. 1] is denied; and

3. This action is dismissed with prejudice.

Dated: August 2, 2021

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court